IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RUTH RICHTER, | 8:19CV340 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, and ANDREW M. SAUL, Commissioner of Social Security Administration; | |
| Defendants. | |

IT IS ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (filing 18) is denied without prejudice. Plaintiff was granted leave to proceed in forma pauperis on September 7, 2020 (filing 7), and that order remains in effect.

2. Plaintiff's motion for sanctions (filing 19) is denied.

Dated this 24th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge