# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>    Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, and ANDREW M. SAUL, Commissioner of Social Security Administration;<br><br>    Defendants. | 8:19CV340<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's objection to the court's granting of Defendants' motion for extension of time (Filing 28) is denied.

Dated this 30th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge