IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, and ANDREW M. SAUL, Commissioner of Social Security Administration;<br><br>Defendants. | 8:19CV340<br><br>**ORDER** |

IT IS ORDERED:

1. Filing No. 45, Defendants' third motion for extension of time, is granted, and, accordingly, Defendants shall have until August 5, 2020, to answer or otherwise respond to Plaintiff's Amended Complaint.

2. Filing No. 48, Plaintiff's objection to Defendant's third motion for extension of time is denied.

3. Filing No. 37, Plaintiff's objection to the court's May 29, 2020 order (Filing No. 36), treated as a motion for reconsideration, is denied.

Dated this 9th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge