IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>        Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, and ANDREW M. SAUL, Commissioner of Social Security Administration;<br><br>        Defendants. | 8:19CV340<br><br>**MEMORANDUM AND ORDER** |

    The court is in receipt of correspondence from Plaintiff, dated July 12, 2020, in which she requests that copies of documents filed in this matter be provided to her at no cost because she is proceeding in forma pauperis.[1] Treated as a motion, the request will be denied.

    The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y.1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir.1973)).

    IT IS THEREFORE ORDERED that Plaintiff's motion for copies (Filing 51) is denied.

    Dated this 16th day of July, 2020.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          Richard G. Kopf
                                          Senior United States District Judge

---

[1] The clerk of the court has previously advised Plaintiff of the required payment.