IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, and ANDREW M. SAUL, Commissioner of Social Security Administration;<br><br>Defendants. | 8:19CV340<br><br><br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 59) is granted, as follows:

Plaintiff shall have an additional 90 days, until **November 24, 2020**, to respond to Defendants' motion to dismiss or, in the alternative, motion for summary judgment (Filing 54).

Dated this 11th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge