IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, and ANDREW M. SAUL, Commissioner of Social Security Administration;<br><br>　　　　　Defendants. | 8:19CV340<br><br>**ORDER** |

　　　IT IS ORDERED that Defendants' motion for extension of time (Filing 72) is granted; Defendants shall have until December 14, 2020, to respond to Plaintiff's Filings 64 through 71.

　　　Dated this 30th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge